**CERTIFIED COPY OF RESOLUTION OF**
**PREMIER GRAPHICS & COMMUNICATION INC.**

This is to certify that by action of the Owner of Premier Graphics & Communication Inc., a Georgia corporation (the "**Company**"), on the 2nd day of September 2026, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes Neil Deedy (the "**Owner**") to prepare, file and execute the Petition for Relief provided for in Title 11, United States Code, Chapter 7 for Premier Graphics & Communication Inc. a Georgia corporation, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the Owner of the Company be and hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief.

**RESOLVED FURTHER,** that the Owner of the Company be and hereby is authorized to testify on behalf of the Company regarding the Company's finances and accounting and all other issues regarding the Company.

**RESOLVED FURTHER**, that the Owner of the Company be and he hereby is authorized to retain Rountree Leitman Klein & Geer, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated this 2nd day of September 2026.

Premier Graphics & Communication Inc.

By: */s/ Neil Deedy*
Neil Deedy
Its: Owner